No. 97–857. DALE *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 97–861. WASHINGTON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 97–865. WEBSTER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–866. CHRISTIAN ET AL. *v.* BEARGRASS CORP. ET AL. Ct. App. Ky. Certiorari denied.

No. 97–867. HELMS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 97–869. RICHARDSON *v.* DISTRICT OF COLUMBIA BAR ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–871. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 97–879. GUO *v.* RYLAND GROUP, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–894. TRUPIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 97–896. SWANNER ET UX. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–898. JLM AVIATION INTERNATIONAL, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–904. INNOCENCIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–911. COTOIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 97–912. BAKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–925. URBINA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.